## LAW OFFICES OF KENNETH J. KAPLAN, P.C.
767 THIRD AVENUE
26TH FLOOR
NEW YORK, N.Y. 10017
TEL. (212) 750-3100    FAX: (212) 750-8628
EMAIL: kjkaplan@kjkaplanlaw.com    WEB: www.kjkaplanlaw.com

August 12th, 2020

Hon. Arlene Lindsay
United States Magistrate Judge
United States District Court
100 Federal Plaza
Central Islip, NY 11722

**Re: U.S. v. Frances Cabasso, Docket No. 19-Cr-582 (DRH)**

Dear Judge Lindsay:

On the behalf of my client, Frances Cabasso, I am writing to confirm that she consents to appear at the conference on August 13, 2020 by telephone.

Respectfully submitted,

Kenneth J. Kaplan