

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AFM
F. #2018R01047

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 18, 2020

By Email

Kenneth J. Kaplan
Law Offices of Kenneth J. Kaplan, P.C.
767 Third Avenue, 26th Floor
New York, NY 10017

      Re:   United States v. Jack Cabasso, et al.
              Criminal Docket No. 19-CR-582 (DRH)

Dear Mr. Kaplan:

      Pursuant to Rule 16(a)(1)(E)(iii) of the Federal Rules of Criminal Procedure, and subject to the terms of the Protective Order entered by the Court on May 29, 2020, the government hereby furnishes discovery with respect to the above-referenced matter, consisting of images and extractions of your client's electronic devices. Those devices are specified in the left-hand column of the table below using their "1B" evidence numbers, which correspond to the data in the applicable rows of the spreadsheet that was produced to you on October 16, 2020 with Bates number AVENTURA_0000081309.

      This production excludes items 1B8 and 1B32, which have not yet been extracted because they are encrypted.

| Description | Bates Number |
|---|---|
| Image of item 1B6 | FCABASSO_000001 |
| Image of item 1B7 | FCABASSO_000002 |
| Extraction of item 1B30 | FCABASSO_000003 |
| Extraction of item 1B36 | FCABASSO_000004 |
| Extraction of item 1B45 | FCABASSO_000005 |

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

Very truly yours,

SETH D. DUCHARME
Acting United States Attorney

By: /s/
Ian C. Richardson
Alexander Mindlin
Kayla Bensing
Assistant U.S. Attorneys
(718) 254-6299/6433/6279

Enclosure (FCABASSO_000001- FCABASSO_000005)

cc: Clerk of the Court (DRH) (by ECF) (without enclosures)