<u>CRIMINAL CAUSE FOR STATUS CONFERENCE - COMPLEX CASE</u>
BY TELEPHONE
BEFORE JUDGE: <u>HURLEY, J.</u> DATE 12/18/2020 TIME: 2:12-2:46 PM
DOCKET NUMBER: <u>CR-19-582</u> TITLE: <u>USA V. CABOSSO, ET AL</u>

DEFT. NAME: <u>JACK CABASSO</u> DEF. #: <u>1</u>
 X <u>PRESENT</u>, _NOT PRESENT, _IN CUSTODY, X ON BAIL
 ATTY FOR DEFT.: <u>ALBERT DAYAN (RET)</u>
 X <u>PRESENT</u>, _NOT PRESENT

DEFT. NAME: <u>FRANCES CABASSO</u> DEF #2
 X-PRESENT, __NOT PRESENT, __ IN CUSTODY, _X ON BAIL
 ATTY FOR DEFT: KENNETH KAPLAN (RET)
 X-PRESENT, __ NOT PRESENT

DEFT. NAME : <u>CHRISTINE LAZARUS</u> DEF #4
 X -PRESENT, _ NOT PRESENT, _ IN CUSTODY, __X ON BAIL
 ATTY FOR DEFT: JOEL MARK STEIN
 X PRESENT, __ NOT PRESENT

DEFT. NAME: <u>WAYNE MARINO</u> DEF #5
 X-PRESENT, __NOT PRESENT, __IN CUSTODY,_X_ON BAIL
 ATTY FOR DEFT: JEFFREY KAISER (RET)
 X- PRESENT, __ NOT PRESENT

DEFT. NAME: <u>EDUARD MATULIK</u> DFT. #: <u>6</u>
 X <u>PRESENT</u>, _NOT PRESENT, __IN CUSTODY, __X__ON BAIL
 ATTY FOR DEFT.: <u>TODD GREENBERG (RET)</u>
 X <u>PRESENT</u>, _NOT PRESENT

DEFT. NAME: <u>ALAN SCHWARTZ</u> DFT. #: <u>7</u>
 X <u>PRESENT</u>, _NOT PRESENT, __IN CUSTODY, X ON BAIL
 ATTY FOR DEFT.: <u>JOHN WALLENSTEIN , RICHARD WILLSATTER (RET)</u>
 X <u>PRESENT</u>, _NOT PRESENT

DEFT. NAME: <u>ADVENTURA TECHNOLOGIES</u> DFT. #: <u>8</u>
 X <u>PRESENT</u>, _NOT PRESENT, _IN CUSTODY, __ON BAIL
 ATTY FOR DEFT.: <u>JAMES BRANDEN (RET)</u>
 X PRESENT, _NOT PRESENT

A.U.S.A.: <u>ALEXANDER MINDLIN, IAN RICHARDSON & KAYLA BENSING</u>
DEPUTY CLERK: <u>L. LUNDY</u>
COURT REPORTER(S) OR ESR OPERATOR: <u>OWEN WICKER</u>

<u>X</u> CASE CALLED FOR STATUS CONFERENCE

<u>X</u> SPEEDY TRIAL INFORMATION FOR DEFT(S) <u>ALL DEFENDANTS</u>

CODE TYPE: <u>X- T</u> START DATE: 12/22/2020 STOP DATE: 3/18/2021

Telephone

**X  STATUS CONFERENCE SET FOR**  March 18, 2021  **AT 2:30 PM**

**ALL DEFENDANTS CONTINUE ON BOND**

**THE DEFENDANTS AND COUNSEL CONSENT TO HAVE THIS PROCEEDING BY TELECONFERENCE.**