U.S. Department of Justice

United States Attorney
Eastern District of New York

ICR/AFM/KCB
F. #2018R01047

271 Cadman Plaza East
Brooklyn, New York 11201

February 11, 2021

By Email and ECF

Samuel M. Braverman
Albert Y. Dayan
Kenneth J. Kaplan
Joel M. Stein
Geoffrey R. Kaiser
Todd D. Greenberg
John S. Wallenstein
Richard D. Willstatter

      Re:    United States v. Jack Cabasso, et al.
                Criminal Docket No. 19-CR-582 (DRH)

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and subject to the terms of the Protective Order entered by the Court on May 29, 2020 (the "Protective Order"), the government hereby furnishes additional discovery with respect to the above-referenced matter. This disclosure supplements the government's earlier disclosures of Rule 16 discovery produced to individual defendants on January 14, 2020, and November 18, 2020, and to all defendants on June 24, 2020, July 2, 2020, July 10, 2020, July 31, 2020, September 17, 2020, October 16, 2020, November 24, 2020 and December 17, 2020. The government renews its request for reciprocal discovery from the defendants.

      The government is providing the discovery described below to the defendants via the USAfx encrypted electronic file transfer system. Please note that certain of the items in this production have been designated as **Sensitive Discovery Material** pursuant to the Protective Order.

| Description | Bates Number |
|---|---|
| Documents, including contracts, from the United States Army, **designated as Sensitive Discovery Material** | AVENTURA_0000081310- AVENTURA_0000081621 |

| Description | Bates Number |
|---|---|
| Documents, including contracts and travel records, from United States Customs and Border Protection, **designated as Sensitive Discovery Material** | AVENTURA_0000081622-AVENTURA_0000081721 |
| A report of investigation by the United States Department of Commerce | AVENTURA_0000081722-AVENTURA_0000081724 |
| Documents, including payment records and invoices, from the United States Defense Finance and Accounting Service, **designated as Sensitive Discovery Material** | AVENTURA_0000081725-AVENTURA_0000082059 |
| Documents, including contract files, from the United States Department of State, **designated as Sensitive Discovery Material** | AVENTURA_0000082060-AVENTURA_0000082062 |
| Documents, including surveillance and other reports, from the Department of Defense Criminal Investigative Service | AVENTURA_0000082063-AVENTURA_0000082157; AVENTURA_0000082359-AVENTURA_0000082372 |
| Documents, including reports and payment records, from the Department of Defense Criminal Investigative Service, **designated as Sensitive Discovery Material** | AVENTURA_0000082158-AVENTURA_0000082358 |
| Documents from the Department of the Interior | AVENTURA_0000082373-AVENTURA_0000082444 |
| Documents, including reports and notes, from the Department of the Interior, **designated as Sensitive Discovery Material** | AVENTURA_0000082445-AVENTURA_0000082466 |
| Documents, including reports, contract files, photographs and email communications, from the Department of Energy, **designated as Sensitive Discovery Material** | AVENTURA_0000082467-AVENTURA_0000083600 |
| Documents, including reports, contract files, photographs and email communications, from the General Services Administration, **designated as Sensitive Discovery Material** | AVENTURA_0000083601-AVENTURA_0000089720 |
| A report from the General Services Administration | AVENTURA_0000089721-AVENTURA_0000089722 |
| Email correspondence with the United States Air Force | AVENTURA_0000089723-AVENTURA_0000089826 |
| Documents, including reports, email communications, color photographs and contract files, from the United States Air Force, **designated as Sensitive Discovery Material** | AVENTURA_0000089827-AVENTURA_0000091009 |
| Payment records and color photographs from the United States Department of the Treasury | AVENTURA_0000091010-AVENTURA_0000091128 |
| Contracts and related files from the United States Department of the Treasury, **designated as Sensitive Discovery Material** | AVENTURA_0000091129-AVENTURA_0000092511 |

| Description | Bates Number |
|---|---|
| Color photographs from the United States Department of the Navy | AVENTURA_0000092512-AVENTURA_0000092525 |
| Contracts, emails and related files from the United States Department of the Navy, **designated as Sensitive Discovery Material** | AVENTURA_0000092526-AVENTURA_0000094700 |

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

Very truly yours,

SETH D. DUCHARME
Acting United States Attorney

By:     /s/
Ian C. Richardson
Alexander Mindlin
Kayla Bensing
Assistant U.S. Attorneys
(718) 254-6299/6433/6279

Enclosure

cc:    Clerk of the Court (DRH) (by ECF) (without enclosures)