UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,　　　　　　　　　Case No. 19-cr-582 (DRH)

　　　　　　v.　　　　　　　　　　　　　　　　**NOTICE OF APPEARANCE**

FRANCES CABASSO, et al.,

　　　　　　　Defendants.
-------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

　　　　　　PLEASE TAKE NOTICE that, Bryan Ha, Esq., of counsel to Law Offices of Kenneth J. Kaplan, P.C., hereby appears as counsel for defendant Frances Cabasso in the above-captioned matter. I certify that I am admitted to practice in this Court.

Dated:　Westchester County, New York
　　　　　February 15, 2021

　　　　　　　　　　　　　　　　　　　　　/s/ Bryan Ha
　　　　　　　　　　　　　　　　　　　　　BRYAN HA, Of Counsel
　　　　　　　　　　　　　　　　　　　　　Attorney At Law
　　　　　　　　　　　　　　　　　　　　　455 Tarrytown Road, #1244
　　　　　　　　　　　　　　　　　　　　　White Plains, New York 10607
　　　　　　　　　　　　　　　　　　　　　Tel: (914) 512-5930
　　　　　　　　　　　　　　　　　　　　　Fax: (212) 981-6800