UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-cr-582 (DRH) |
| v. | **DECLARATION OF** <br> **BRYAN HA** |
| FRANCES CABASSO, et al., | |
| Defendants. | |

-------------------------------------------------------------------X

I, BRYAN HA, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney admitted to practice in the State of New York and a member of the bar of this Court. I am of counsel to the Law Offices of Kenneth J. Kapan, P.C., which represents defendant Frances Cabasso in the above-captioned matter.

2. Annexed hereto as Exhibit A is a true and correct copy of a blog post entitled "How Fast Does The Average Boat Depreciate?" published on the TheMariner.com website on May 21, 2020 (https://themariner.com/blog/boat-depreciation/).

3. Annexed hereto as Exhibit B is a true and correct copy of an article entitled "Total cost of ownership in luxury yacht buying" published on the World Yacht Group website on April 24, 2020 (https://worldyachtgroup.com/luxury-yacht-sales-top-5-financial-questions-you-should-ask-when-buying-a-luxury-yacht/).

4. Annexed hereto as Exhibit C are true and correct copies of current sales listings of Azimut Model 68S yachts from model years 2005-2007.

5. Annexed hereto as Exhibit D is a true and correct copy of an e-mail from Rob Becker, Office Manager/Purchasing Agent for Campbell's Boatyards, with a service rates sheet attached, sent on February 8, 2021.

6. Annexed hereto as Exhibit E is a true and correct copy of an e-mail from Abell Custom Marine LLC sent on February 8, 2021.

Dated: Westchester County, New York
February 15, 2021

                                                              /s/ Bryan Ha
                                                              BRYAN HA