# LAW OFFICES OF KENNETH J. KAPLAN, P.C.

260 MADISON AVENUE
NEW YORK, NY 10016
TEL: (212)750-3100  FAX: (212)750-8628
EMAIL: KJKAPLAN@KJKAPLANLAW.COM  WEB: WWW.KJKAPLANLAW.COM

March 31, 2021

BY ECF

Honorable Arlene R. Lindsay
United States Magistrate Judge
For the Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

                      Re:    United States v. Frances Cabasso et al.
                               19-CR-582 (DRH)(ARL—Travel Request

Dear Judge Lindsay,

      On behalf of Defendant Frances Cabasso, I respectfully request that Ms. Cabasso be granted permission to travel as follows: on May 15-16, 2021 to Jersey City, NJ for a wedding; on May 16, 2021 to Danbury, CT for a bridal shower; and on June 12, 2021 to Millbrook, NY for another wedding. Ms. Cabasso was released on bail with conditions, including travel restrictions.

      AUSA Kayla Bensing and Pre-Trial Services Officer Donna Mackey do not have any objection to this travel request. Accordingly, I respectfully request that the Court grant Ms. Cabasso's travel request and thank the Court for considering this application.

                                                                         Respectfully submitted,

                                                                       Kenneth J. Kaplan

cc: AUSA, Kayla Bensing (By ECF)      Dated: 4/22/2021
     PTS Officer Donna Mackey (By email)  So Ordered:

{N0291308.1}