**CRIMINAL CAUSE FOR STATUS CONFERENCE TELEPHONE CONFERENCE COMPLEX CASE**
**BEFORE JUDGE: HURLEY, J.     DATE: JULY 9, 2021    TIME:  4::00 -4:17 PM**
**DOCKET NUMBER: CR-19-582           USA   V.  CABASSO, ET AL.**

**DEFT. NAME: JACK CABASSO       DFT # 1**
  X _PRESENT, _NOT PRESENT,_IN CUSTODY, X_ON BAIL
   ATTY FOR DEFT.: ALBERT DAYAN       RET
       X_PRESENT,  __NOT PRESENT

**DEFT. NAME: FRANCES CABASSO         DFT #2**
   X PRESENT, _NOT PRESENT,_IN CUSTODY,  __BAIL
    ATTY FOR DEFT.: KENNETH KAPLAN    RET
          X__ PRESENT,  __NOT PRESENT

**DEFT. NAME:  CHRISTINE LAVONNE LAZARUS   DFT#4**
   X PRESENT, NOT PRESENT, _IN CUSTODY,  ON BAIL
    ATTY FOR DEFT.: JOEL STEIN   RET
       X PRESENT,  ___NOT PRESENT

**DEFT. NAME: EDUARD MATULIK          DFT #  6**
   X_PRESENT, _NOT PRESENT,_IN CUSTODY,   ON BAIL
    ATTY FOR DEFT.: TODD GREENBEG RET
        X__ PRESENT,  ___NOT PRESENT

**DEFT. NAME:   ALAN SCHWARTZ    DFT # 7**

  X PRESENT,   NOT PRESENT,    IN CUSTODY,    ON BAIL
    ATTY FOR DEFT,:   JOHN WALLENSTEIN, RICHARD WILLSTATTER   RET
         X     PRESENT,    NOT PRESENT

**DEFT: NAME:  ADVENTURA TECHNOLOGIES, INC     DFT# 8**
  X   PRESENT,    NOT PRESENT,    IN CUSTODY,    ON BAIL
    ATTY FOR DEFT,:  SAM BRAVERMAN
         X    PRESENT,    NOT PRESENT

 **A.U.S.A.:  IAN RICHARDSON, ALEXANDER MINDLIN**
  **DEPUTY CLERK:    LISA LUNDY**
  **COURT REPORTER(S) OR ESR OPERATOR:   DOMINICK TURSI**
  **PROBATION:**
  **INTERPRETER:**

 CASE CALLED FOR STATUS CONFERENCE. THE DEFENDANT'S AND COUNSEL CONSENT TO HOLD THIS CONFERENCE BY TELECONFERENCE. EXTENSION ON THE MOTION SCHEDULE GOVERNMENT'S RESPONSE IS DUE ON OR BEFORE 7/29/2021; REPLY ON OR BEFORE 8/10/2021; THE PRODUCTION OF DOCUMENTS IN I PRO FORMAT SHALL BE TURNED OVER ON OR BEFORE 7/16/2021; THE GOVERNMENT SHALL FILE A LETTER WHEN THE DOCUMENTS HAVE BEEN TURNED OVER OR IF THERE IS A DELAY IN TURNING OVER THE DOCUMENTS. WAIVER OF SPEEDY TRIAL EXECUTED ; START DATE 7/9/2021 STOP DATE 9/21/2021; NEXT TELEPHONE STATUS CONFERENCE 9/21/2021 AT 1:30 PM.