# LAW OFFICES OF KENNETH J. KAPLAN, P.C.

260 MADISON AVENUE
NEW YORK, NY 10016
TEL: (212)750-3100 FAX: (212)750-8628
EMAIL: KJKAPLAN@KJKAPLANLAW.COM WEB: WWW.KJKAPLANLAW.COM

November 23, 2021

BY ECF

Honorable Arlene R. Lindsay
United States Magistrate Judge
For the Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

                Re:   United States v. Frances Cabasso et al.
                       19-CR-582 (DRH)(ARL—Travel Request

Dear Judge Lindsay,

      On behalf of Defendant Frances Cabasso, I respectfully request that Ms. Cabasso be granted permission to travel to Port St. Lucie, Florida to visit with her brother from January 11, 2022 to January 27, 2022. Ms. Cabasso was released on bail with conditions, including travel restrictions.

      AUSA Kayla Bensing and Pre-Trial Services Officer Donna Mackey do not have any objection to this travel request. Accordingly, I respectfully request that the Court grant Ms. Cabasso's travel request and thank the Court for considering this application.

                                                Respectfully submitted,

                                                Kenneth J. Kaplan

cc: AUSA, Kayla Bensing (By ECF)
    PTS Officer Donna Mackey (By email)

{N0405104.1}