

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ICR/AFM/KCB
F. #2018R01047

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

**FILED**
**CLERK**

8/1/2022 9:38 am

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

July 29, 2022

By ECF

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

The application is granted. The telephone status conference scheduled for 8/23/2022 is ADJOURNED to 10/12/2022 at 3:00 PM. All parties shall dial 1-877-873-8017 and enter access code 4785432 at the prompt. Speedy trial is waived through 10/12/2022.  SO ORDERED.      /s/ JMA, USDJ
8/1/2022

Re: United States v. Jack Cabasso, et al.
Criminal Docket No. 19-582 (JMA) (ARL)

Dear Judge Azrack:

The parties respectfully submit this joint motion to continue the telephonic status conference in this matter, currently scheduled for Tuesday, August 23, 2022, at 2:30 p.m., until a date convenient to the Court in mid-October 2022. The parties are engaged in discussions regarding discovery and other matters as part of an effort to determine whether this matter can be resolved short of trial. The additional time will permit the parties to continue those discussions, and will additionally accommodate the schedules of several defense counsel in this matter, who will be unable to participate on the currently scheduled date.

Time was previously excluded by Judge Hurley under the Speedy Trial Act at the last status conference on June 3, 2022, through September 15, 2022. The parties request that the Court enter an order excluding time through the date of the status conference to-be scheduled by the Court in mid-October 2022. Due to the volume of discovery, number of defendants, extent of the fraud charged in the indictment, and related factors, this case has been designated a complex case, under 18 U.S.C. § 3161(h)(7)(B)(ii), since its inception. (See ECF No. 90 (Jan 15, 2020).)  The parties jointly submit that time should be excluded from the speedy trial clock through the date of the status conference set by the Court, because the ends of justice served by excluding time to allow the parties to continue to produce and review discovery, and to continue discussions regarding a potential disposition short of trial without the need to begin preparations for the trial of this case, outweigh the best interest of the public and the defendants in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

The government has consulted with defense counsel Albert Dayan, Esq. and Harlan Protass, Esq., for defendant Jack Cabasso, Kenneth J. Kaplan, Esq., for defendant

Frances Cabasso, and Samuel Braverman, Esq., for defendant Aventura Technologies, Inc., who each join in this request.

Respectfully submitted,

BREON PEACE
United States Attorney

By:   /s/Ian C. Richardson
Ian C. Richardson
Alexander F. Mindlin
Kayla C. Bensing
Assistant U.S. Attorneys
(718) 254-7000

cc:    Clerk of Court (by ECF) (JMA) (ARL)
      All counsel of record (by ECF)